DEC 1 7 2004

AO 243 (Rev. 2/95)

PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District EASTERN KENTUCKY | |
|---|---|---|
| Name of Movant CALVIN W. SIZEMORE | Prisoner No. 08771-032 | Case No. 6: 03-cr-52-1-KKC |
| Place of Confinement FPC SEYMOUR JOHNSON AFB, GOLDSBORO, NC, 27533-8004 | | |

UNITED STATES OF AMERICA        V.   CALVIN W. SIZEMORE

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack   UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF KENTUCKY

2. Date of judgment of conviction  FEBRUARY 12, 2004

3. Length of sentence  32 MONTHS

4. Nature of offense involved (all counts)  VIOLATION OF 21 USC § 846 COUNT 1 GUILTY, VIOLATION OF 21 USC § 846 COUNT 2 DISMISSED

Eastern District of Kentucky
FILED

DEC 1 7 2004

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

6:04-628-KKC

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

COUNT 2 WAS DISMISSED BY PLEADING GUILTY TO COUNT 1.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐   N/A

7. Did you testify at the trial?
   Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐        No ☒

(2)

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

    (a) Name of court _____ N/A _____

    (b) Result _____ N/A _____

    (c) Date of result _____ N/A _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐      No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____ N/A _____

        _____

        (3) Grounds raised _____ N/A _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐      No ☒

        (5) Result _____ N/A _____

        (6) Date of result _____ N/A _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____ N/A _____

        _____

        (3) Grounds raised _____ N/A _____

        _____

        _____

        _____

        _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐        No ☒

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.              Yes ☐        No ☒
    (2) Second petition, etc.             Yes ☐        No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    MY LAWYER ADVISED ME I DIDN'T HAVE A VIABLE ISSUE AT THE TIME.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self−incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: __INEFFECTIVE ASSISTANCE OF COUNSEL CONCERNING UNITED

STATES SENTENCING GUIDELINES.

Supporting FACTS (state *briefly* without citing cases or law)

  FROM THE TIME OF MY PLEA TO THE TIME OF MY SENTENCING, THE UNITED

STATES SENTENCING GUIDELINES (USSG) CHANGED CONCERNING THE WEIGHTS

OF OXYCONTIN.  (SEE AMENDMENT 657, USSG ADD. C)

    MY ATTORNEY KNEW, OR SHOULD HAVE KNOWN ABOUT THE USSG'S CHANGE

AND SHOULD HAVE BROUGHT IT TO THE ATTENTION OF THE SENTENCING JUDGE.

    THE MOVANT IS NOT AN ATTORNEY, BUT BELIEVES THE USSG CHANGE

WAS FAVORABLE TO HIM, AND RESPECTFULLY REQUESTS THE SENTENCING

JUDGE TO REVIEW HIS SENTENCE AND GRANT ALL THE RELIEF THAT HE MAY BE

ENTITLED TO BY LAW.

AO 243 (Rev. 2/95)

D.      Ground four: _____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law) _____ N/A _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____ N/A _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐         No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing   DOUGLAS G. BENGE 303 SOUTH MAIN STREET LONDON, KY. 40741

(b) At arraignment and plea _____ SAME _____

(c) At trial _____ N/A _____

(d) At sentencing _____ SAME _____

AO 243 (Rev. 2/95)

    (e)  On appeal _____N/A_____

    (f)  In any post—conviction proceeding ___PRO SE._____

    (g)  On appeal from any adverse ruling in a post—conviction proceeding _____N/A_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐      No ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐      No ☒

    (a)  If so, give name and location of court which imposed sentence to be served in the future: _____N/A_____

    (b)  Give date and length of the above sentence: _____N/A_____

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐      No ☒

    Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
                              Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_12-15-04_____
   (Date)

_____
                              Signature of Movant